**FILED**
IN COURT
CHARLOTTE, N. C.

MAR 3 1 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| MOTORSPORTS AUTHENTICS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., SPEEDWAY MOTORSPORTS, INC., SPEEDWAY PROPERTIES COMPANY, LLC, INTERNATIONAL SPEEDWAY CORPORATION, RCR ENTERPRISES, LLC, ROUSH CORPORATION, JOE GIBBS RACING, INC., HENDRICK MOTORSPORTS, INC., JEFF GORDON, INC., RUSTY WALLACE, INC., PENSKE RACING SOUTH, INC., PENSKE RACING LLC, DALE EARNHARDT, INC., EVERNHAM MOTORSPORTS, L.L.C., ROBERT YATES RACING, INC., MB2 MOTORSPORTS, LLC, and OAKLEY, INC., | Civil Action No. 3:06CV138-MU |
| Plaintiffs, | Filed Under Seal |
| v. | |
| THOMAS COTTNE, et al., | |
| Defendants. | |

**PRELIMINARY INJUNCTION AND ORDER OF SEIZURE**

This Court issued on March 23, 2006, a Temporary Restraining Order, Order for Seizure

of Counterfeit Marked Goods, and Order to Show Cause Re Preliminary Injunction ("TRO

Seizure Order"). Plaintiffs served the TRO Seizure Order on four Defendants and attempted

service on two others, and seized, pursuant to the terms of the TRO Seizure Order,

approximately 866 items of counterfeit merchandise in possession of those Defendants. As

ordered in the TRO Seizure Order, this matter came on for hearing on Friday, March 31, 2006,

on Plaintiffs' application for a Preliminary Injunction and Order of Seizure. Plaintiffs appeared

through counsel of record. There were no appearances on behalf of any Defendants in

opposition thereto, and no Defendant to date has answered, moved, or otherwise appeared or filed any papers regarding Plaintiffs' Verified Complaint or the TRO Seizure Order. Plaintiffs having demonstrated to the Court the need to continue the order of seizure previously granted, and a hearing on Plaintiffs' application having been conducted;

NOW, THEREFORE, based on the verified pleadings, declarations and other papers in the record, the Court makes the following findings of fact and conclusions of law.

1.    Plaintiffs own or control each of the marks set forth in Exhibits 1 and 2 hereto ("Plaintiffs' Marks"). Plaintiffs' Marks are distinctive and are widely recognized by the public. Goods that bear any mark, word, or name identical or confusingly similar to any of Plaintiffs' Marks, without authorization from Plaintiffs, shall be known herein as the "Enjoined Goods."

2.    All of Plaintiffs' Marks listed in Exhibit 1 are federally registered. All of Plaintiffs' Marks listed in Exhibit 2 are owned or controlled by Plaintiffs.

3.    Plaintiffs have the exclusive right to apply and license others to apply Plaintiffs' Marks to goods and to use Plaintiffs' Marks in connection with rendering services.

4.    Defendants are not licensed by Plaintiffs to use Plaintiffs' Marks.

5.    It appears to this Court that Defendants are or will be present on the premises or within a ten-mile radius of racetracks where NASCAR Races shall be occurring, beginning April 2, 2006 -- including Bristol Motor Speedway, Texas Motor Speedway, Darlington Raceway, Lowe's Motor Speedway, Dover International Speedway, Pocono Raceway, Infineon Raceway, Chicagoland Speedway, New Hampshire International Speedway, Indianapolis Raceway Park, Indianapolis Motor Speedway, Atlanta Motor Speedway, Daytona International Speedway, California Speedway, Martinsville Speedway, Phoenix International

Speedway, Talladega Superspeedway, Darlington Raceway, Richmond International Raceway, Michigan International Speedway, Watkins Glen International, Kansas Speedway and Homestead-Miami Speedway (collectively, "the Racetracks") – for the purpose of manufacturing, distributing, offering for sale, and selling Enjoined Goods.

6.    The Enjoined Goods include goods bearing "counterfeit marks" within the meaning of 15 U.S.C. § 1116(d).

7.    The sale of Enjoined Goods would cause confusion or mistake or be likely to deceive and would constitute trademark infringement under 15 U.S.C. § 1114.

8.    Distribution, sale, or offering the sale of Enjoined Goods would constitute false designation of origin under 15 U.S.C. § 1125(a).

9.    Under 15 U.S.C. § 1116(a), this Court has the power to enjoin trademark infringement under 15 U.S.C. §§ 1114 and 1125(a).

10.    This Court has the power to grant an *ex parte* seizure order for goods bearing counterfeits of federally registered trademarks and service marks.  15 U.S.C. § 1116(d).

11.    This Court has the power under Rule 65 of the Federal Rules of Civil Procedure, and under the All Writs Act, 28 U.S.C. § 1651, to grant an *ex parte* seizure order for goods that are infringing but not counterfeits within the meaning of 15 U.S.C. § 1116(d).

12.    No order other than an *ex parte* seizure order would adequately achieve the objectives of the Lanham Act, 15 U.S.C. §§ 1114, 1116 and 1125(a).

13.    Plaintiffs are likely to succeed in showing that Defendants have used and, unless enjoined, will continue to use counterfeit or infringing marks in connection with the sale, offering for sale or distribution of goods or services.

14.    Notice of this Application need not be given to Defendants prior to *ex parte* hearing because: (a) the identities and whereabouts of many of the Defendants are currently unknown; (b) many of the Defendants have no business identity or stable place of business before or after the NASCAR Races and cannot be identified; and (c) Defendants who can be located and identified, if notified, likely will cause the immediate concealment or destruction of the Enjoined Goods or removal of the Enjoined Goods outside the access of this Court.

15.    Plaintiffs will suffer immediate and irreparable injury and will have no adequate remedy at law if this Court declines to grant an *ex parte* seizure order.

16.    The Enjoined Goods and other materials subject to this Seizure Order likely will emanate from this district and will be located on the premises or within a ten-mile radius of the racetracks where NASCAR Races shall be occurring, beginning April 2, 2006, as reflected in Exhibit 3 hereto.

17.    The harm to Plaintiffs should this Court not grant the requested Seizure Order clearly outweighs any harm which the Defendants might incur if the Seizure Order is granted.

18.    Plaintiffs have not publicized the requested seizure.

19.    Plaintiffs have given reasonable notice of this Application to the United States Attorney for this District.

20.    The file of this case has been sealed as required by 15 U.S.C. § 1116(d)(8).

21.    Plaintiffs have complied with all statutory requirements for the issuance of an *Ex Parte* Seizure Order.

It is accordingly ORDERED and ADJUDGED that:

1.   The Defendants, including the Defendants already served and various John and Jane Does and various XYZ Corporations, along with their partners, associates, agents, servants, employees, representatives, and assigns, and all others under their control or in active concert or participation with them, and all other persons and entities having actual knowledge hereof be, and the same hereby are, ENJOINED and RESTRAINED from:

(a)  Manufacturing, assembling, selling, offering for sale, distributing, or offering to distribute any Enjoined Goods which have not been authorized by Plaintiffs and which bear any of the trademarks and service marks of Plaintiffs set forth in Exhibits 1 and 2 hereto or any marks confusingly similar thereto;

(b)  Representing by any method whatsoever that the Enjoined Goods were sponsored, manufactured, sold, or licensed by Plaintiffs; and

(c)  Otherwise taking any action likely to cause confusion, mistake, or deception on the part of the public as to the origin of the Enjoined Goods.

2.   Any federal, state, or local law enforcement officer, and/or Plaintiffs, and/or Plaintiffs' duly authorized trademark enforcement team, and/or all persons acting under the supervision and control thereof (collectively "Enforcement Officials") are hereby authorized and directed to seize and maintain in their custody and control any and all Enjoined Goods and counterfeit marks, and the means of making them, and records documenting the manufacture, sale or receipt of things relating thereto, in the possession, dominion, or control of Defendants, their agents or persons acting in concert or participation with them, including all such Enjoined Goods and counterfeit marks located in or on any containers, vessels, storage areas or motor vehicles, and all Enforcement Officials acting hereunder are further authorized, based on

probable cause, to enter into and upon, any such containers, vessels, storage areas or motor vehicles for the purpose of seizing any and all such Enjoined Goods and counterfeit marks contained therein.

3.  Enforcement Officials may employ whatever reasonable force is necessary to open, enter, and inspect the contents of any such containers, vessels, storage areas, or motor vehicles – regardless of whether said containers, vessels, storage areas, or motor vehicles are locked or unlocked or occupied or unoccupied – and are authorized to detain said containers, vessels, storage areas, or motor vehicles if necessary to accomplish such seizure of the Enjoined Goods.

4.  No Enforcement Official may open, enter into and upon, inspect the contents of, or, if necessary, detain, any container, vessel, storage areas, or motor vehicle unless s/he does so under the supervision of a sworn law enforcement officer.

5.  Enforcement Officials acting hereunder are authorized and directed to carry out the foregoing on the premises or within a ten-mile radius of any ISC racetrack where a NASCAR race shall be occurring at any time during the duration of this Order, including as indicated in Exhibit 3 hereto, from forty-eight (48) hours before each qualifying race begins until twenty-four (24) hours following the completion of each main event race.

6.  All Enjoined Goods, all means of making such Enjoined Goods, all records, and any other materials seized hereunder shall be delivered up to the care and custody of Plaintiffs or Plaintiffs' attorneys.  The seized goods shall be kept in identifiable containers.  If the Defendants from whom such merchandise is seized do not move for relief in accordance with this Order within sixty (60) days of said seizure, said merchandise shall be delivered up to Plaintiffs for destruction or other disposition.

7.   Simultaneously with said seizure, or as soon thereafter as is practical under the circumstances, each Defendant shall be served with a copy of (i) this Order, including the notice in the form of Exhibit 4 attached hereto, and (ii) a Summons and the Verified Complaint in this action.

8.   Defendants shall cooperate with the Enforcement Officials executing such seizure hereunder and shall provide the items sought to be seized wherever such items are maintained.

9.   Defendants are hereby required to provide the persons executing this Order with correct names, residential and business addresses and telephone numbers, and other identifying information.

10. Anyone interfering with the execution of this Order is subject to arrest by law enforcement officials.

11. Any Defendant who is hereafter served with a copy of this Preliminary Injunction Order and Seizure Order who objects to the provisions hereof may submit his or her objections to this Court or otherwise move for relief from this Court according to the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this Order or stay the terms hereof unless otherwise ordered by this Court.

12. The Injunction Bond posted by Plaintiffs on March 24, 2006, in the amount of $5,000, shall remain in full force and effect throughout the duration of this Order.

13. This Order shall expire thirty-six (36) hours after the final NASCAR Race listed in Exhibit 3 hereto.

14. This Order or copies hereof may be served by any person over the age of 18 years who is not a party to this action.

15. All persons who become aware of this action and Order are ORDERED not to reveal the existence of this action or Order to any other person, except that persons authorized to enforce this Order may reveal its existence and contents to the extent necessary to carry out their official duties, and Defendants may confer with their attorneys concerning this action.

Dated: March 31, 2006

SO ORDERED

Graham C. Mullen
United States District Judge

**EXHIBIT 1**
(Corrected)
**REGISTERED MOTORSPORTS AUTHENTICS MARKS**

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| (Stylized) A & FLAG Design | 11/28/00 | 2,407,814 | 25 |
| ACTION (BAR LOGO) | 10/20/98 | 2,197,251 | 28 |
| (Stylized) ACTION & FLAG Design | 6/19/01 | 2,460,787 | 25 |
| (Stylized) ACTION & FLAG Design | 5/16/00 | 2,349,860 | 28 |
| ACTION INTERACTIVE | 2/15/00 | 2,319,034 | 35 |
| ACTION RACING COLLECTABLES | 7/8/03 | 2,734,404 | 28 |
| ACTION RACING COLLECTABLES PLATINUM SERIES | 10/13/98 | 2,194,882 | 28 |
| AP | 8/8/00 | 2,374,784 | 28 |
| AP & Design | 3/20/01 | 2,437,178 | 28 |
| (Stylized) C FLAG Design | 11/4/97 | 2,110,629 | 25 |
| CHASE AUTHENTICS | 12/30/97 | 2,126,349 | 25 |
| CHASE RACEWEAR | 2/10/98 | 2,136,155 | 25 |
| COMPETITORS VIEW | 2/24/98 | 2,139,738 | 25 |
| GO RACING | 6/12/01 | 2,458,888 | 41 |
| GORACING.COM | 12/9/03 | 2,790,386 | 35 |
| GORACING.COM | 7/23/02 | 2,597,840 | 28 |
| GORACING.COM | 10/29/02 | 2,642,412 | 16 |
| MINICHAMPS | 8/1/95 | 1,908,633 | 28 |
| RCCA | 12/24/02 | 2,666,030 | 16 |
| RCCA | 10/22/02 | 2,639,189 | 28 |
| RCCA SELECTNET | 8/8/00 | 2,374,787 | 28 |
| REVELL/ REVELL COLLECTION | 10/1/85 | 1,363,578 | 28 |
| SPEEDMALL | 2/8/05 | 2,924,584 | 35 |
| SPORTS IMAGE | 8/3/93 | 1,785,198 | 25 |
| TEAM CALIBER | 1/16/01 | 2,421,505 | 28 |
| TEAM CALIBER | 1/30/01 | 2,425,271 | 28 |
| TEAM CALIBER DIE CAST & FLAG Design | 7/3/01 | 2,465,422 | 28 |
| WINNER'S CIRCLE | 11/18/97 | 2,114,796 | 28 |
| WINNER'S CIRCLE & Design | 11/29/05 | 3,020,814 | 24,25 |

## REGISTERED NASCAR MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Crew Chief Club & Design | 06/26/01 | 2,464,093 | 16 25 41 |
| GRAND AMERICAN | 06/15/71 | 915,277 | 41 |
| GRAND AMERICAN | 06/17/80 | 1,137,042 | 41 |
| GRAND AMERICAN ROAD RACING | 09/09/03 | 2,762,082 | 9 |
| GRAND AMERICAN ROAD RACING & Design | 09/24/02 | 2,622,745 | 16 |
| GRAND AMERICAN ROAD RACING & Design | 04/06/04 | 2,829,531 | 16 |
| GRAND AMERICAN ROAD RACING & Design | 09/11/01 | 2,488,947 | 25 |
| GRAND AMERICAN ROAD RACING & Design | 08/14/01 | 2,478,556 | 41 |
| GRAND AMERICAN ROAD RACING ASSOCIATION | 10/29/02 | 2,643,423 | 41 42 |
| GRAND NATIONAL | 10/21/01 | 2,494,522 | 25 |
| GRAND NATIONAL | 06/08/71 | 914,501 | 42 |
| How Bad Have You Got It? | 12/17/02 | 2,664,304 | 25 |
| Inside NASCAR | 08/14/01 | 2,478,280 | 16 25 |
| NASCAR Stylized "N" | 11/01/05 | 3,011,506 | 35 |
| NASCAR | 08/01/95 | 1,908,112 | 06 09 12 14 16 18 21 24 25 27 28 30 |
| NASCAR | 07/22/97 | 2,082,197 | 42 |
| NASCAR – Everything Else is Just a Game | 05/07/96 | 1,973,218 | 41 |
| National Association for Stock Car Auto Racing | 10/25/94 | 1,860,041 | 41 |
| NASCAR & Design | 08/23/94 | 1,850,527 | 06 09 14 16 18 21 24 25 28 30 34 |
| NASCAR & Design | 12/07/76 | 1,054,100 | 41 42 |
| NASCAR & Design | 07/29/97 | 2,084,678 | 42 |
| NASCAR & Design | 08/13/74 | 0,990,987 | 41 42 |
| NASCAR & Design | 10/04/05 | 3,004,522 | 31 |
| NASCAR ACCELERATION | 12/06/05 | 3,024,814 | 41 |
| NASCAR ADRENALINE | 05/31/05 | 2,958,719 | 9 |
| NASCAR BREAK ZONE & Design | 01/24/06 | 3,051,781 | 35 |

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| NASCAR Café & Design | 08/31/99 | 2,273,535 | 06 14 18 20 21 25 28 42 |
| NASCAR Café | 07/29/97 | 2,084,779 | 42 |
| NASCAR.COM & Design | 11/09/04 | 2,901,873 | 35 |
| NASCAR.COM & Design | 11/09/04 | 2,901,874 | 41 |
| NASCAR.COM SUPERSTORE & Design | 08/03/04 | 2,869,075 | 35 |
| NASCAR Country | 11/09/99 | 2,291,346 | 25 41 |
| NASCAR DAY & Design | 02/15/05 | 2,927,068 | 36 |
| NASCAR – EVERYTHING ELSE IS JUST A GAME | 05/07/96 | 1,973,218 | 41 |
| NASCAR EXPRESS CUISINE & Design | 02/21/06 | 3,061,265 | 35 |
| NASCAR FAN SHOP & Design | 09/07/04 | 2,881,007 | 35 |
| NASCAR Garage (stylized) & Design | 06/13/00 | 2,358,321 | 16 25 41 |
| NASCAR IN CAR | 03/11/03 | 2,695,418 | 38 |
| NASCAR IN CAR & Design | 05/31/05 | 2,958,576 | 38 |
| NASCAR INSIDER | 09/20/05 | 2,998,338 | 16 |
| NASCAR INTERNATIONAL & Design | 09/21/04 | 2,885,737 | 25 |
| NASCAR International & Design | 08/28/73 | 0,967,256 | 20 |
| NASCAR International & Design | 10/25/66 | 0,817,533 | 42 |
| NASCAR LIBRARY COLLECTION & Design | 07/26/05 | 2,976,180 | 16 |
| NASCAR Live & Design | 04/04/95 | 1,887,529 | 41 |
| NASCAR NATION & Design | 09/13/05 | 2,995,356 | 41 |
| NASCAR OFFICIAL MEMBER & Design | 08/17/04 | 2,873,615 | 16 200 |
| NASCAR PERFORMANCE & Design | 05/18/04 | 2,842,756 | 16 |
| NASCAR PERFORMANCE & Design | 05/18/04 | 2,842,757 | 41 |
| NASCAR PERFORMANCE NETWORK & Design | 08/30/05 | 2,989,007 | 25 |
| | 06/07/05 | 2,959,041 | 35 |
| NASCAR Racers | 12/11/01 | 2,518,303 | 28 |
| NASCAR Racers & Design | 12/18/01 | 2,520,881 | 41 |
| NASCAR RACERS & Design | | 2,810,889 | 9 |
| NASCAR RACERS & Design | 04/02/02 | 2,556,756 | 16 |
| NASCAR Revolution & | 05/09/00 | 2,348,513 | 09 |

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Design | | | |
| NASCAR Rocks | 01/16/01 | 2,422,002 | 41 |
| NASCAR Rocks America & Design | 01/16/01 | 2,422,058 | 09 16 25 28 41 |
| NASCAR Silicon Motor Speedway & Design | 05/22/01 | 2,453,439 | 25 41 |
| NASCAR Speedpark & Design | 06/29/99 | 2,258,155 | 08 20 21 26 |
| NASCAR SPEEDPARK & Design | 01/06/04 | 2,801,652 | 25 41 |
| NASCAR SPEEDPARK & Checkered Flag Design | 11/09/04 | 2,901,876 | 41 |
| NASCAR THUNDER THE OFFICIAL STORE OF NASCAR & Flag/Thunderbolt Design | 10/09/01 | 2,495,254 | 25 28 |
| NASCAR THUNDER THE OFFICIAL STORE OF NASCAR & Car/Thunderbolt Design | 10/02/01 | 2,493,759 | 25 28 35 |
| NASCAR THUNDER THE OFFICIAL STORE OF NASCAR & Car/Thunderbolt Design | 09/25/01 | 2,491,670 | 25 28 35 |
| NASCAR TIMELESS | 05/31/05 | 2,958,713 | 41 |
| NASCAR Today & Design | 04/04/95 | 1,887,528 | 41 |
| NASCARTOON RACING | 10/04/05 | 3,005,152 | 41 |
| NASCARTOON RACING & Design | 12/06/05 | 3,024,661 | 41 |
| NASCAR Transcon Series | 04/30/96 | 1,971,730 | 41 |
| NASCAR Trucks & Design | 01/19/01 | 2,420,020 | 12 25 |
| NASCAR TV & Design | | 2,881,008 | 38 |
| NASCAR Winter Heat | 12/31/96 | 2,026,304 | 41 |
| NASKART | | 2,333,441 | 25 |
| NASKART | 10/15/02 | 2,635,539 | 12 25 |
| NASKIDS | 05/19/98 | 2,159,220 | 25 41 |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO | 10/25/94 | 1,860,041 | 41 |

4

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| RACING | | | |
| ON TRACK FOR CHARITY & Design | 01/24/06 | 3,047,294 | 36 |
| The Sight, Sound Emotion of NASCAR | 12/02/03 | 2,788,562 | 9 41 |
| RACE TO THE CHASE | 01/24/06 | 3,051,718 | 41 |
| THE CHASE | 12/06/05<br>11/08/05 | 3,024,807<br>3,014,033 | 16<br>41 |
| THEY'RE ON THEIR WAY | 09/27/05 | 3,002,921 | 35 |
| TURN4 | 01/23/01 | 2,424,045 | 1 |
| WE'VE GOT SOMETHING TO PROVE | 06/07/05 | 2,961,419 | 35 |
| WHERE FAMILY FUN IS MEASURED IN "SMILES" PER HOUR | 01/02/01 | 2,417,856 | 25 41 |

## REGISTERED SMI MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| FANS FIRST | 8/9/05 | 2,982,614 | 35 |

## REGISTERED SPC MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| ATLANTA MOTOR SPEEDWAY | 6/25/96 | 1,981,905 | 21, 25, 41 |
| ATLANTA MOTOR SPEEDWAY and Design | 10/13/92 | 1,723,906 | 25, 41 |
| BRISTOL MOTOR SPEEDWAY | 11/27/01 | 2,511,312 | 06, 08, 14, 16, 20, 21, 24, 25, 28 |
| CHARLOTTE MOTOR SPEEDWAY | 12/13/83 | 1,261,202 | 41 |
| LAS VEGAS MOTOR SPEEDWAY | 10/3/00 | 2,390,864 | 41 |

| | | | |
|---|---|---|---|
| LUG NUT | 5/7/96 | 1,972,391 | 25, 41 |
| LUG NUT and Design | 10/3/95 | 1,923,808 | 25, 41 |
| LUG NUT and Design | 12/26/95 | 1,943,831 | 25, 41 |
| Miscellaneous Design (racing car and broken circle) | 1/17/84 | 1,264,512 | 41 |
| Miscellaneous Design (spark plug cowboy) | 2/22/00 | 2,320,424 | 41 |
| SEARS POINT RACEWAY | 10/5/99 | 2,282,494 | 41 |
| SEARS POINT RACEWAY and Design | 10/5/99 | 2,282,495 | 41 |
| SPARKY | 12/7/99 | 2,297,669 | 41 |
| SPEEDWAY MOTORSPORTS | 10/19/04 | 2,894,951 | 41 |
| TEXAS MOTOR SPEEDWAY | 7/30/02 | 2,603,024 | 06, 14, 16, 20, 21, 24, 25, 28, 41 |
| THE GREAT AMERICAN SPEEDWAY (Stylized) | 5/10/05 | 2,947,200 | 41 |
| TMS | 6/27/00 | 2,363,334 | 25, 41 |

## REGISTERED ISC MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| 1-800-PITSHOP.COM | 08/29/03 | 2,744,402 | 35 |
| 1-800-PITSHOP.COM & Design | | 2,823,917 | 35 |
| (2) Design Only | 04/10/01 | 2,442,989 | 06 21 25 27 41 |
| (2) Design Only | 01/21/97 | 2,032,769 | 25 |
| 24 Hours of Daytona | 10/19/76 | 1,050,968 | 41 |
| Acceleration Alley | 06/10/03 | 2,725,363 | 41 |
| Americrown & Design | 07/04/95 | 1,903,166 | 42 |
| Americrown Service Corporation & Design | 07/11/95 | 1,904,773 | 42 |
| CALIFORNIA 500 | 07/16/02 | 2,594,484 | 41 |

| Trademark | Reg. Date | Reg. | Class |
|---|---|---|---|
| CENTENNIAL OF SPEED | 07/29/03 | 2,744,624 | 9 |
| CENTENNIAL OF SPEED | 07/29/03 | 2,744,621 | 16 |
| CENTENNIAL OF SPEED | 07/29/03 | 2,744,623 | 25 |
| CENTENNIAL OF SPEED | 07/29/03 | 2,744,619 | 28 |
| CENTENNIAL OF SPEED | 07/29/03 | 2,744,622 | 41 |
| CENTENNIAL OF SPEED & Design | 07/29/03 | 2,744,620 | 41 |
| CHICAGOLAND SPEEDWAY | 11/25/03 | 2,785,199 | 6,12,14,16,20,21,2 4,25,28,34 |
| | 09/10/02 | 2,616,096 | 41 |
| CHICAGOLAND SPEEDWAY & Design | 12/16/03 | 2,793,390 | 6,12,14,16,20,21,2 4,25,28,34 |
| | 01/21/03 | 2,675,809 | 41 |
| Copper World Classic | 05/20/97 | 2,062,689 | 25 41 |
| Darlington | 02/07/95 | 1,877,389 | 6 21 25 28 34 41 |
| Darlington Raceway | 10/12/82 | 1,212,760 | 41 |
| Darlington Too Tough to Tame & Design | 01/12/99 | 2,217,013 | 16 21 24 25 28 |
| Daytona | 09/08/00 | 2,383,487 | 9 |
| Daytona | 07/13/04 | 2,861,844 | 25 |
| Daytona | 03/11/97 | 2,042,836 | 42 |
| Daytona | 04/29/97 | 2,056,613 | 30 |
| Daytona | 03/22/94 | 1,827,196 | 06 16 18 20 21 24 25 28 34 41 |
| Daytona | 02/22/83 | 1,228,337 | 09 |
| Daytona & Design | 06/30/87 | 1,445,066 | 14 25 26 41 |
| Daytona & Design | 11/08/94 | 1,861,606 | 06 16 20 21 24 28 30 34 |
| Daytona & Design | 07/18/00 | 2,368,947 | 03 |
| Daytona & Design | 03/11/97 | 2,042,834 | 42 |
| DAYTONA (Stylized) & Design | 04/09/96 | 1,966,058 | 9 |
| Daytona 200 | 10/19/76 | 1,050,970 | 41 |
| Daytona 500 | 07/24/73 | 964,900 | 41 |
| Daytona 500 | 03/22/94 | 1,827,197 | 06 21 25 28 34 |
| DAYTONA & Flags Design | | 2,524,170 | 9 |
| Daytona at the Speed of Light & Design | 08/28/01 | 2,481,362 | 41 |
| | 04/23/02 | 2,564,163 | 25 |
| | 04/30/03 | 2,564,164 | 14 |
| | | 2,565,725 | 14 |
| Daytona Club & Design | 08/28/01 | 2,481,304 | 41 |
| Daytona Dream Laps | 07/29/03 | 2,743,655 | 41 |
| Daytona International | 06/11/74 | 986,222 | 41 |

7

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Speedway | | | |
| Daytona International Speedway | 02/01/94 | 1,819,018 | 25  28  34 |
| Daytona International Speedway & Design | 03/29/83 | 1,232,848 | 25 |
| DAYTONA MOTORCYCLE MARKETPLACE & Design | 01/31/06 | 3,056,539 | 35 |
| Daytona Pit Shop | 06/20/95 | 1,901,330 | 42 |
| DAYTONA PROTYPES | | 2,887,110 | 41 |
| Daytona Speedwear | 11/01/94 | 1,861,408 | 25 |
| Daytona Speedweeks | 01/24/95 | 1,875,314 | 25  41 |
| Daytona USA | 02/22/94 | 1,822,849 | 25  41 |
| Daytona USA & Track Design | 10/21/97 | 2,103,981 | 41 |
| DAYTONA USA GEARED FOR LEARNING & Design | 11/05/02 | 2,646,171 | 41 |
| Daytona USA the Ultimate Motorsports Attraction & Design | 12/02/97 | 2,117,720 | 41 |
| FANS "R" 1ST @ DAYTONA & Design | 10/18/05 | 3,007,347 | 41 |
| FINGER LAKES WINE FESTIVAL & Design | 06/07/05  06/28/05 | 2,961,398  2,964,420 | 16  25 |
| Flags Design | 04/10/01 | 2,442,989 | 06  21  25  27  41 |
| Furled Flag Design | 04/15/86 | 1,389,976 | 25  26 |
| Gallery of Legends Book | 08/20/96 | 1,995,239 | 16 |
| Grand Prix of Miami | 06/23/92 | 1,696,558 | 41 |
| GREAT AMERICAN RACE | | 1,738,576 | 35  41 |
| Homestead Miami Speedway & Design | 09/04/01 | 2,486,905 | 6  9  21  25  28  41 |
| INTERNATIONAL SPEEDWAY RACE REWARDS & Design | 08/16/05 | 2,985,903 | 35 |
| ISC & Design | 03/11/03 | 2,695,649 | 16 |
| ISC A Motorsports Entertainment Company & Design | 05/04/99 | 2,243,245 | 16  41 |
| Kansas Speedway & Design | 09/03/02  02/12/02 | 2,615,647  2,538,612 | 6  9  34  41  21  25  28 |
| LAPS | 02/01/05 | 2,924,003 | 35 |
| M Michigan International Speedway & Design | 05/01/00 | 1,593,801 | 06  14  16  21  24  25  41 |
| MARTINSVILLE SPEEDWAY | 12/27/05 | 3,035,393 | 41 |

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| MARTINSVILLE SPEEDWAY & Design | 09/26/95 | 1,922,553 | 41 |
| MIAMI GRAND PRIX & Design | 03/12/85 | 1,325,204 | 41 |
| Michigan 500 | 09/03/85 | 1,358,507 | 41 |
| Michigan International Speedway | 08/20/85 | 1,355,877 | 41 |
| Michigan International Speedway & Design | 09/02/03 | 2,759,346 | 6 |
| | 10/28/03 | 2,778,171 | 9 |
| | 09/02/03 | 2,759,347 | 14 |
| | 09/02/03 | 2,759,348 | 16 |
| | 12/02/03 | 2,789,131 | 18 |
| | 09/02/03 | 2,759,350 | 20 |
| | 09/02/03 | 2,759,349 | 21 |
| | 09/02/03 | 2,759,360 | 25 |
| | 10/28/09 | 2,778,174 | 28 |
| | 01/13/04 | 2,805,216 | 41 |
| MIS | 07/09/85 | 1,348,660 | 41 |
| MRN | 08/20/02 | 2,609,483 | 41 |
| MOTORSPORTS IMAGES AND ARCHIVES & Design | 06/07/05 | 2,959,615 | 40 |
| | 06/07/05 | 2,959,616 | 41 |
| | 04/26/05 | 2,943,786 | 42 |
| Nazareth Speedway | 11/05/96 | 2,013,023 | 41 |
| Nazareth Speedway & Design | | 2,735,318 | 41 |
| Nazareth Speedway & Design | | 2,626,466 | 25 |
| P Pennsylvania International Raceway & Design | 06/20/89 | 1,544,520 | 25  41 |
| Pennsylvania International Raceway | 04/11/89 | 1,534,870 | 25  41 |
| Phoenix International Raceway | 02/21/95 | 1,879,804 | 25  41 |
| Phoenix International Raceway | | 1,873,902 | 25 41 |
| Phoenix International Raceway & Design | 10/02/01 | 2,494,674 | 9 21 25 28 34 41 |
| PITNOTE PRESS & Design | 01/10/06 | 3,041,212 | 16 |
| RACINGONE.COM | 03/19/02 | 2,549,934 | 41 |

| Trademark | Reg. Date | Reg. No. | Int'l Class |
|---|---|---|---|
| RACING ONLY TWISTED & Design | 02/07/06 | 3,057,539 | 41 |
| RACING PERFECTION | 10/11/05 | 3,006,627 | 6 |
| | 10/11/05 | 3,006,629 | 16 |
| | 10/25/05 | 3,009,637 | 21 |
| | 10/25/05 | 3,009,638 | 25 |
| | 10/25/05 | 3,009,621 | 41 |
| RICHMOND INTERNATIONAL RACEWAY | 06/11/02 | 2,577,831 | 25 |
| | 02/11/03 | 2,685,368 | 41 |
| Richmond International Raceway & Design | 07/29/03 | 2,743,159 | 6 |
| | 10/21/03 | 2,776,188 | 9 |
| | 07/23/02 | 2,813,412 | 12 |
| | 11/11/02 | 2,599,136 | 14 |
| | 10/22/02 | 2,782,391 | 16 |
| | 03/18/03 | 2,640,622 | 18 |
| | 07/23/02 | 2,698,398 | 20 |
| | 07/23/02 | 2,599,140 | 21 |
| | 08/05/03 | 2,599,139 | 25 |
| | 08/19/03 | 2,747,930 | 28 |
| | | 2,753,703 | 41 |
| RICHMOND RACEWAY COMPLEX & Design | 07/29/03 | 2,743,167 | 41 |
| RIR Richmond International Raceway & Design | 01/02/90 | 1,575,629 | 41 |
| Southern 500 | 09/22/81 | 1,170,618 | 41 |
| Speediatrics | 07/08/02 | 2,528,102 | 16 25 36 42 |
| SPEEDPLEX | 03/25/03 | 2,701,018 | 36 |
| Speedweeks | 01/31/95 | 1,876,696 | 25  41 |
| SUMMER SPEEDWEEK | 07/06/04 | 2,861,015 | 41 |
| Talladega | 02/08/94 | 1,819,675 | 25  41 |
| TALLADEGA SERIES | 06/18/96 | 1,980,408 | 12 |
| | 07/09/02 | 2,590,314 | 12 |
| TALLADEGA SERIES WIDE RIDE | 07/09/02 | 2,590,313 | 12 |
| Talladega Superspeedway | 02/15/94 | 1,821,392 | 21 25 28 41 |
| Talladega Superspeedway & Design | 07/17/01 | 2,470,093 | 28 |
| Talladega Superspeedway & Design | 07/17/01 | 2,470,639 | 6 9 21 25 34 41 |

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| The Action Track | 08/11/92 | 1,707,301 | 41 |
| The California Speedway | 07/07/98 | 2,172,042 | 41 |
| The Glen | 10/31/95 | 1,930,399 | 25 |
| The Glen | 10/23/01 | 2,500,410 | 41 |
| THE GREAT AMERCIAN RACE | 10/19/04 05/17/05 | 2,894,279 2,950,870 | 41 |
| THE LADY IN BLACK | 12/27/05 | 3,035,437 | 41 |
| Too Tough to Tame | 12/09/86 | 1,419,948 | 14 16 20 25 26 41 |
| Too Tough to Tame | 02/22/94 | 1,822,316 | 06 21 |
| Tornado Alley | 10/08/02 | 2,633,597 | 30 |
| TRACKSIDE SCRAPBOOK & Design | | 2,848,997 | 9 16 |
| Truxpo Truck Tour & Design | 06/26/01 | 2,464,636 | 16 21 25 41 |
| Vehicle Design (Bluebird V) | 01/21/97 | 2,032,769 | 25 |
| Velocitorium | 08/24/99 | 2,272,557 | 41 |
| Watkins Glen | 09/20/94 | 1,854,609 | 16 24 25 28 41 |
| Watkins Glen & Design | 01/03/95 | 1,871,381 | 25 28 |
| Watkins Glen & Design | 04/30/85 | 1,333,697 | 41 |
| Watkins Glen International | 11/08/94 | 1,862,034 | 41 |
| Watkins Glen International | 10/22/85 | 1,366,768 | 25 26 |
| Watkins Glen New York's Thunder Road & Design | 10/01/02 | 2,628,580 | 16 25 28 41 |
| World Center of Racing | 09/25/84 | 1,298,117 | 41 |
| World Center of Racing | 02/22/94 | 1,822,848 | 25 |

## REGISTERED RCR MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| 3 (Stylized) | 07/23/96 | 1,988,137 | 6 8 9 14 16 18 20 21 24 25 28 41 |
| 29 (Stylized) | 01/13/04 | 2,804,708 | 6 8 9 11 12 14 16 18 20 21 24 25 26 28 34 41 |
| 29 (Stylized) | 12/30/03 | 2,801,381 | 9 |
| 29 (Stylized) | 10/11/05 | 3,006,336 | 21 |
| 29 (Stylized) | 12/30/03 | 2,801,382 | 24 |
| 29 (Stylized) | 04/26/05 | 2,944,765 | 25 |

11

| RCR and Design | 09/03/96 | 1,998,337 | 21 |
|---|---|---|---|
| RCR and Design | 08/13/96 | 1,993,627 | 28 |
| RCR and Design | 09/17/96 | 2,000,747 | 6 8 14 16 25 41 |

## REGISTERED ROUSH MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Stylized Number "6" (Round Edges) | 12/17/02 | 2,662,012 | 6 9 14 16 18 20 21 24 25 28 41 |
| Stylized Number "16" | 06/09/98 | 2,163,088 | 6 9 14 16 20 21 25 26 28 |
| Roush and Design | 07/07/98 | 2,170,653 | 7 12 |
| Stylized Number "60" | 09/15/98 | 2,188,704 | 9 14 16 18 20 21 25 26 28 |
| J.R.'s Garage | 11/02/99 | 2,289,735 | 16 24 25 28 35 |
| J.R.'s Garage Logo | 09/14/99 | 2,276,964 | 16 24 25 28 35 |
| Stylized Number "99" | 10/05/99 | 2,282,413 | 6 9 14 16 20 21 26 |
| Stylized Number "99" | 03/16/04 | 2,822,020 | 6 9 14 16 18 20 21 24 28 41 |
| Roush Racing | 08/31/99 | 2,273,302 | 35 42 |
| Stylized Number "97" | 07/11/00 | 2,365,599 | 6 8 9 14 16 18 20 21 25 26 28 |
| Stylized Number "50" | 08/28/01 | 2,481,134 | 16 21 |
| Stylized "6" (Jagged Edges) | 03/14/00 | 2,327,805 | 9, 14, 16, 18, 20, 21, 26 |
| Stylized "6" (Jagged Edges) | 04/23/02 | 2,563,088 | 25 |
| Stylized "60" (Round Edges) | 03/05/02 | 2,544,774 | 16, 20, 24, 25, 28 |
| ROUSH RACING and Design | 04/24/01 | 2,446,201 | 35, 42 |
| WHITE KNUCKLE | 12/26/00 | 2,416,519 | 28 |
| WHITE KNUCKLE RACING and Design | 06/26/01 | 2,464,427 | 28 |

## REGISTERED JGR MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Joe Gibbs Racing | 11/28/00 | 2,408,260 | 6 9 16 19 20 21 24 25 35 |

| | | | |
|---|---|---|---|
| Joe Gibbs Racing (design) | 8/30/94 | 1,851,538 | 25, 41 |
| Stylized Number "18" | 11/28/00 | 2,408,256 | 6 9 10 14 16 18 19 20 21 24 25 27 28 41 |
| Stylized Number "20" | 11/28/00 | 2,408,275 | 6 9 10 14 16 18 19 20 21 24 25 27 28 41 |
| Tony Stewart[1] | 5/29/01 | 2,454,637 | 6 9 10 14 16 18 19 20 21 24 25 27 28 41 |

[1] Licensed from Tony Stewart

## REGISTERED HMI MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Stylized Number "5" | 8/8/00 | 2,374,202 | 41 |
| Stylized Number "5" | 12/7/99 | 2,297,205 | 5 6 9 10 12 14 16 18 20 21 24 25 26 28 35 41 |
| Stylized Number "24" | 12/2/97 | 2,117,341 | 5 6 8 9 10 11 12 14 16 18 20 21 24 25 26 27 28 34 35 41 |
| Stylized Number "24" | 1/5/99 | 2,216,496 | 41 |
| Stylized Number "25" | 12/30/97 | 2,124,794 | 6 9 10 12 14 16 18 20 21 24 25 26 28 34 35 41 |
| Stylized Number "25" | 1/5/99 | 2,216,494 | 41 |
| Stylized Number "48" | 11/30/04 | 2,906,149 | 6 9 12 14 16 18 19 20 21 24 25 26 28 35 41 |
| Hendrick Motorsports | 9/9/97 | 2,094,282 | 6 14 16 20 25 26 28 35 41 |
| Terry Labonte[1] | 9/28/99 | 2,280,390 | 6 8 9 10 11 12 13 14 16 18 20 21 24 25 26 28 41 |
| Brian Vickers[2] | 10/12/04 | 2,893,388 | 16 41 |
| Brian Vickers Signature[2] | 8/3/04 | 2,869,705 | 16 25 41 |
| Jimmie Johnson Signature[3] | 1/7/03 | 2,672,802 | 41 |

[1] Licensed from Terry Labonte, Inc.
[2] Licensed from Brian Vickers, LLC
[3] Licensed from Jimmie Johnson Racing, Inc.

## REGISTERED JGI MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| Jeff Gordon | 3/26/96 | 1,964,012 | 6 9 14 16 21 25 28 41 |
| Gordon | 6/11/02 | 2,579,120 | 16 41 |

| Jeff Gordon Signature | 1/10/06 | 3,040,770 | 6 9 14 16 21 25 28 41 |

## REGISTERED RWI MARKS

| Trademark | Reg. Date | Reg. # | Classes |
| --- | --- | --- | --- |
| Rusty Wallace | 5/28/96 | 1,976,546 | 9 14 16 20 21 24 25 27 28 |
| Rusty Wallace (stylized) | 12/12/95 | 1,940,836 | 9 14 16 20 21 24 25 27 28 |

## REGISTERED PRS MARKS

| Trademark | Reg. Date | Reg. # | Classes |
| --- | --- | --- | --- |
| Stylized Number "2" | 9/2/97 | 2,092,866 | 9 14 16 20 21 24 25 27 28 |
| Penske Racing & Design | 07/02/74 | 987,507 | 35 37 42 |
| Stylized Number "12" | 04/01/03 | 2,701,716 | 6 9 12 14 16 20 21 24 25 26 28 41 |
| | 09/28/04 | 2,888,413 | 25 |
| Ryan Newman[1] | 3/27/01 | 2,438,603 | 41 |

[1] Licensed from Ryan J. Newman

## REGISTERED DEI MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| DALE EARNHARDT[1] | 5/14/91 | 1,644,237 | 6, 8, 16, 25, 26, 28, 41 |
| DALE EARNHARDT (Signature)[1] | 2/4/97 | 2,035,107 | 6, 8, 14, 16, 21, 24, 25, 28, 41 |
| DALE EARNHARDT JR.[1] | 1/14/03 | 2,673,722 | 5, 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 41 |
| DALE EARNHARDT JR (Stylized)[1] | 1/14/03 | 2,673,723 | 5, 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 41 |
| SUNDAY MONEY[1] | 4/6/04 | 2,830,257 | 16, 28 |
| INTIMIDATOR[2] | 11/2/04 | 2,898,417 | 6 |
| THE INTIMIDATOR[1] | 9/2/97 | 2,092,602 | 24, 25 |
| 1 (Block Letter) | 10/1/02 | 2,628,500 | 6, 8, 9, 14, 16, 18, 20, 21, 24, 25, 28, 35, 41 |
| 8 (Stylized) | 12/02/03 | 2,787,856 | 5, 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 41 |

[1] Licensed from Teresa H. Earnhardt

[2] Licensed from RDE Administrative Trust

## REGISTERED EVERNHAM MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| "E" & Design (Stylized) | 4/11/2000 | 2,586,165 | 6 7 12 16 21 24 25 28 41 |
| "E" & Design (Stylized) | 9/9/2003 | 2,762,756 | 14 |
| 9 (Stylized) | 4/4/2000 | 2,663,872 | 6 |
| 9 (Stylized) | | 2,689,409 | 5 |
| 9 (Stylized) | 12/17/2002 | 2,663,872 | 12 14 16 21 24 25 28 41 |
| 19 (Stylized) | 6/25/2002 | 2,586,166 | 12 14 16 21 24 25 28 41 |
| 19 (Stylized) | 10/15/2002 | 2,636,322 | 6 |
| EVERNHAM MOTORSPORTS | 6/18/2002 | 2,583,268 | 6 12 14 16 21 24 25 28 |

## REGISTERED RYR MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| ROBERT YATES RACING & Design (Stylized) | 8/31/1993 | 1,790,768 | 41 |

## REGISTERED OAKLEY MARKS

| Trademark | Reg. Date | Reg. # | Classes |
|---|---|---|---|
| OAKLEY | 1/10/1989 | 1,519,823 | 18 |
| OAKLEY (Stylized) | 1/10/1989 | 1,519,596 | 9 |
| OAKLEY | 1/24/1989 | 1,521,599 | 9 |
| OAKLEY | 1/31/1989 | 1,522,692 | 25 |
| OAKLEY | 1/16/1999 | 2,293,046 | 25 |
| OAKLEY | 11/16/1999 | 2,293,046 | 25 |
| OAKLEY (Stylized) | 8/27/85 | 1,356,297 | 9 12 25 |
| OAKLEY (Stylized) | 6/11/1996 | 1,980,039 | 9 25 |
| O OAKLEY (Stylized) | 7/30/1996 | 1,990,262 | 9 25 |
| O | 9/10/2002 | 2,616,423 | 9 28 |
| O (Stylized) | 4/1/2003 | 2,702,378 | 9 25 |
| O (Stylized) | 7/2/1996 | 1,984,501 | 25 |
| O (Stylized) | 3/24/1998 | 2,146,295 | 9 |
| O (Stylized) | 12/1/1998 | 2,207,455 | 18 |
| O (Stylized) | 12/8/1998 | 2,209,416 | 9 25 |
| O (Stylized) | 12/14/1999 | 2,300,245 | 25 |
| O (Stylized) | 2/29/2000 | 2,324,386 | 25 |

## EXHIBIT 2
### (Corrected)

## UNREGISTERED MOTORSPORTS AUTHENTICS MARKS

ACTION SPORTS IMAGE
BROOKFIELD COLLECTORS GUILD
CRUZ'N CLASSICS
FAN FUELER
IMAGE WORKS
LITTLE CREW
M-CAR
OWNER'S SERIES
PERFORMANCE PLUS
PIT STOP
PREFERRED SERIES

## UNREGISTERED NASCAR MARKS

CHAMPIONS WEEK
CHASE FOR THE CHAMPIONSHIP
CHASE FOR THE CUP
CHASE FOR THE NASCAR CHAMPIONSHIP
CHASE FOR THE NASCAR CUP
CHASE RACE
FOR ALL THE RIGHT REASONS
GET IN
High Banks
High Banx
NASCAR HALL OF FAME
NASCAR OUTDOORS
NASCAR PERFORMANCE NETWORK
NASCAR TIMELESS
NASCAR. Your Car
NASCAR Broadcasting
NASCAR CAFÉ & Design
NASCAR Digital Entertainment
NASCAR DRIVEN TO WIN
NASCAR Fan Club
NASCAR Images
NASCAR Knows. Now you Know.
NASCAR North
NASCAR Official Member & Design

NASCAR OUTDOORS & Design
NASCAR PRESEASON THUNDER & Design
NASCAR RACEPOINTS & Design
NASCAR STREET TOUR & Design
NASCAR Tech
NASCAR Tech Club
NASCAR Technical Institute
NASCAR TV & Design
NASCAR USA
NASCAR VIRTUAL DRIVER
ONE NIGHT. ONE WINNER. ONE MILLION DOLLARS
PACE LAP
RACEPOINTS
RACE TO THE CHASE FOR THE CUP
RACE TO THE CHASE FOR THE NASCAR CUP
SPEED IN THE CITY
THE NASCAR FOUNDATION & Design
THE RACE
The Voice of NASCAR
You've Got It Bad


## UNREGISTERED SMI MARKS

SEAL OF CHAMPIONS, SPEEDWAY MOTORSPORTS, INC. and Design –
**Registration Pending**
THE OFFICIAL SEAL OF RACING and Design – **Registration Pending**


## UNREGISTERED SPC MARKS

AMS – (registered in the state of Georgia)


## UNREGISTERED ISC MARKS

A Motorsports Entertainment Company
Alabama 500
America's Ultimate Race Place
At the Speed of Light
Big and Bold
California

California Dragway
California Speedway
CLUB 24
DARE TO SIT THERE
Darlington Raceway – Where NASCAR's Stars Earn Their Stripes
Darlington A NASCAR Tradition
Darlington stripe logo
Darlington Too Tough to Tame
DAYTONA
Daytona Continental Historics
Daytona USA Geared for Learning & Design
DUEL AT DAYTONA
EVENTDAY MEDIA
EVENT SOLUTIONS & Design
FIRE CRACKER 400
FINGER LAKES WINE FESTIVAL
FLAGS Design
Gallery of Legends
High Banks of Daytona
High Banks of Talladega
Homestead
Homestead Miami Speedway
Irish Hills
It's All Good
Kansas
Kansas Speedway
KICKSTAND CITY
KICKSTAND CITY & Design
Live the Race
Martinsville Speedway
Michigan
MIS
Michigan Speedway
Most Competitive Track
MRN MOTOR RACING NETWORK
MRN RADIO
Nazareth
New York's Thunder Road
Paul Revere
PAUL REVERE 250
Phoenix

PIR
Pit Road Preview
RACETICKETS.COM & Design
Racing at the Rock
RACINGONE
Racing's Tropical Paradise
Richmond
Richmond International Raceway
RIR
Richmond Raceway Complex
Solid Racing at the Rock
Speedplex
SPEEDSTOCK
SPEEDWAY PRINCESS
Speed Weeks
The 500
The Action Track
The Desert Jewel
The Rock
The Track That Will Blow You Away
The Ultimate Motorsports Attraction
Too Tough to Tame
Track Attack
Track Attack Weekend
Truxpo
Truxpo Tour
Under the Lights
Watkins Glen
Watkins Glen Grand Prix
Watkins Glen International & Design
WHERE FANS GET IT DONE
Where Guests Have ALWAYS Come First
White Knuckle Weekend
World's Biggest & Fastest Track

Event names and logos for all NASCAR NEXTEL Cup Series and Busch Grand
National Series races and all associated motorsports activities during the 2006 season

## UNREGISTERED RCR MARKS

29 (Stylized) – **Registration pending for Classes 16 and 18**
30 (Stylized)
31 (Stylized) – **Registration pending**
33 (Stylized)

## UNREGISTERED ROUSH MARKS

Stylized Number "17" – **Registration Pending**
Stylized Number "26" – **Registration Pending**
Stylized Number "06" – **Registration Pending**

Identity, trade dress and likeness of #6 NEXTEL Cup race car and related elements
Identity, trade dress and likeness of #17 NEXTEL Cup race car and related elements
Identity, trade dress and likeness of #99 NEXTEL Cup race car and related elements
Identity, trade dress and likeness of #26 NEXTEL Cup race car and related elements
Identity, trade dress and likeness of #16 NEXTEL Cup race car and related elements
Identity, trade dress and likeness of #50 Craftsman Truck Series race car and related
elements
Identity, trade dress and likeness of #99 Craftsman Truck Series race car and related
elements
Identity, trade dress and likeness of #6 Craftsman Truck Series race car and related elements
Identity, trade dress and likeness of #60 Busch Series race car and related elements
Identity, trade dress and likeness of #06 Busch Series race car and related elements
Identity, trade dress and likeness of #50 Busch Series race car and related elements
Identity, trade dress and likeness of #16 Busch Series race car and related elements
Identity, trade dress and likeness of #17 Busch Series race car and related elements
Identity, trade dress and likeness of #6 Busch Series race car and related elements

## UNREGISTERED JGR MARKS

Stylized "11"

Identity, trade dress and likeness of #11, #18 and #20 NEXTEL Cup race cars and any and all related uniforms, helmets, haulers, pit crews, pit wagons and equipment elements and effects, each with primary and associate sponsor logos

Licensed from Tony Stewart:

Tony Stewart likeness

Licensed from J.J. Yeley:

J.J. Yeley name and likeness

Licensed from Denny Hamlin:

Denny Hamlin name and likeness

## UNREGISTERED HMI MARKS

Identity, trade dress and likeness of #5, #24, #25 and #48 NEXTEL Cup race cars and any and all related uniforms, helmets, haulers, pit crews, pit wagons and equipment elements and effects, each with primary and associate sponsor logos

Licensed from Terry Labonte, Inc.:

Terry Labonte likeness
Terry Labonte signature in any form or fashion

Licensed from Brian Vickers LLC:

Brian Vickers  name
Brian Vickers likeness
Brian Vickers signature in any form or fashion

Licensed from Kyle Busch:

Kyle Busch name
Kyle Busch likeness

Kyle Busch signature in any form or fashion

Licensed from Jimmie Johnson Racing, Inc.:

Jimmie Johnson name
Jimmie Johnson likeness

## UNREGISTERED JGI MARKS

Jeff Gordon likeness
Stylized "G"

## UNREGISTERED RWI MARKS

Rusty Wallace likeness
Rusty Wallace signature in any form or fashion

## UNREGISTERED PRS MARKS

Identity, trade dress and likeness of #2 and #12 NASCAR NEXTEL Cup race cars
and any and all related uniforms, helmets, haulers, pit crews, pit wagons and
equipment elements and effects, each with primary and associate sponsor logos

Licensed from Ryan Newman:

Ryan Newman likeness
Ryan Newman signature in any form or fashion

Licensed from Kurt Busch:

Kurt Busch likeness
Kurt Busch signatures in any form or fashion

## UNREGISTERED DEI MARKS

DALE JR.[1]
DR. DALE'S[1] – **Registration Pending**
INTIMIDATORS[1] – **Registration Pending**
KANNAPOLIS INTIMIDATORS[1] – **Registration Pending**
DALE EARNHARDT Silhouette (Design)[1] – **Registration Pending**
DALE EARNHARDT Silhouette & E (Design)[1] – **Registration Pending**
DALE EARNHARDT & Silhouette & E (Design)[1] – **Registration Pending**
THE DALE EARNHARDT FOUNDATION & Design[1] – **Registration Pending**
DALE EARNHARDT, INC. COMPASS (Design)
15 (Stylized)
RACE CAR STRIPE (Design)
Dale Earnhardt Likeness[1]
Dale Earnhardt, Jr. Likeness[2]
Trade Dress and Likeness of the #1 Winston Cup/Nextel Cup Race Car
Trade Dress and Likeness of the #8 Winston Cup/Nextel Cup Race Car
Trade Dress and Likeness of the #15 Winston Cup/Nextel Cup Race Car

[1] Licensed from Teresa H. Earnhardt

[2] Licensed from JR Motorsports LLC

## UNREGISTERED RYR MARKS

Stylized Number "88"
Stylized Number "38"
Stylized Number "90"

Licensed from Dale Jarrett Inc.:

Dale Jarrett Name
Dale Jarrett Likeness
Dale Jarrett Signature in any form

Licensed from Elliott Sadler Enterprises:

Elliott Sadler Name
Elliott Sadler Likeness
Elliott Sadler Signature in any form

## UNREGISTERED MB2 MARKS

MB2 Motorsports

01 (Stylized Number)
14 (Stylized Number)

Licensed from Nemco Motor Sports, Inc.:

Joe Nemechek
Joe Nemechek Signature
Front Row Joe
www.frontrowjoe.com

Licensed from Sterling Marlin Enterprises:

Sterling Marlin
Sterling Marlin Signature

# EXHIBIT 3

## 2006 NEXTEL, BUSCH AND CRAFTSMAN
## SERIES ENFORCEMENT SCHEDULE

| DATE | CITY | VENUE | EVENT NAME |
|------|------|-------|-----------|
| 03/25/06 | Bristol, TN | Bristol Motor Speedway | Sharpie Mini 300 |
| 03/26/06 | Bristol, TN | Bristol Motor Speedway | Food City 500 |
| 04/02/06 | Martinsville, VA | Martinsville Speedway | Virginia 500 |
| 04/08/06 | Forth Worth, TX | Texas Motor Speedway | O'Reilly 300 |
| 04/08/06 | Forth Worth, TX | Texas Motor Speedway | Samsung/Radio Shack 500 |
| 04/21/06 | Avondale, AZ | Phoenix International Raceway | Bashas' Supermarkets 200 |
| 04/22/06 | Avondale, AZ | Phoenix International Raceway | Subway Fresh 500 |
| 04/29/06 | Talladega, AL | Talladega Superspeedway | Aaron's 312 |
| 04/30/06 | Talladega, AL | Talladega Superspeedway | Aaron's 499 |
| 05/05/06 | Richmond, VA | Richmond International Raceway | Richmond 250 |
| 05/06/06 | Richmond, VA | Richmond International Raceway | TBD |
| 05/12/06 | Darlington, SC | Darlington Raceway | Diamond Hill Plywood 200 |
| 05/13/06 | Darlington, SC | Darlington Raceway | Dodge Charger 500 |
| 05/19/06 | Concord, NC | Lowe's Motor Speedway | Quaker Steak & Lube 200 |

| DATE | CITY | VENUE | EVENT NAME |
|---|---|---|---|
| 05/20/06 | Concord, NC | Lowe's Motor Speedway | NEXTEL All-Star Challenge |
| 05/27/06 | Concord, NC | Lowe's Motor Speedway | Carquest Auto Parts 300 |
| 05/28/06 | Concord, NC | Lowe's Motor Speedway | Coca-Cola 600 |
| 06/02/06 | Dover, DE | Dover International Speedway | Dover 200 |
| 06/03/06 | Dover, DE | Dover International Speedway | MBNA 400 |
| 06/11/06 | Long Pond, PA | Pocono Raceway | Pocono 500 |
| 06/17/06 | Brooklyn, MI | Michigan International Speedway | Michigan 200 |
| 06/18/06 | Brooklyn, MI | Michigan International Speedway | Michigan 400 |
| 06/25/06 | Sonoma, CA | Infineon Raceway | Dodge/Save Mart 350 |
| 06/30/06 | Daytona Beach, FL | Daytona International Speedway | TBD |
| 07/01/06 | Daytona Beach, FL | Daytona International Speedway | Pepsi 400 |
| 07/08/06 | Joilet, IL | Chicagoland Speedway | USG Durock 300 |
| 07/09/06 | Joilet, IL | Chicagoland Speedway | USG Sheetrock 400 |
| 07/15/06 | Loudon, NH | New Hampshire International Speedway | New England 200 |
| 07/16/06 | Loudon, NH | New Hampshire International Speedway | New England 300 |
| 07/23/06 | Long Pond, PA | Pocono Raceway | Pennsylvania 500 |

| DATE | CITY | VENUE | EVENT NAME |
|------|------|-------|------------|
| 08/04/06 | Indianapolis, IN | Indianapolis Raceway Park | Power Stroke Diesel 200 |
| 08/05/06 | Indianapolis, IN | Indianapolis Raceway Park | Kroger 200 |
| 08/06/06 | Indianapolis, IN | Indianapolis Motor Speedway | Allstate 400 at the Brickyard |
| 08/12/06 | Watkins Glen, NY | Watkins Glen International | TBD |
| 08/13/06 | Watkins Glen, NY | Watkins Glen International | TBD |
| 08/19/06 | Brooklyn, MI | Michigan International Speedway | Michigan 250 |
| 08/20/06 | Brooklyn, MI | Michigan International Speedway | GFS Marketplace 400 |
| 08/23/06 | Bristol, TN | Bristol Motor Speedway | O'Reilly Auto Parts 250 |
| 08/25/06 | Bristol, TN | Bristol Motor Speedway | Food City 250 |
| 08/26/06 | Bristol, TN | Bristol Motor Speedway | Sharpie 500 |
| 09/02/06 | Fontana, CA | California Speedway | Ameriquest 300 |
| 09/03/06 | Fontana, CA | California Speedway | Sony HD 500 |
| 09/08/06 | Richmond, VA | Richmond International Raceway | Emerson Radio 250 |
| 09/09/06 | Richmond, VA | Richmond International Raceway | Chevy Rock & Roll 400 |
| 09/16/06 | Loudon, NH | New Hampshire International Speedway | Sylvania 200 |

| DATE | CITY | VENUE | EVENT NAME |
|------|------|-------|------------|
| 09/17/06 | Loudon, NH | New Hampshire International Speedway | Sylvania 300 |
| 09/23/06 | Dover, DE | Dover International Speedway | Dover 200 |
| 09/24/06 | Dover, DE | Dover International Speedway | Dover 400 |
| 09/30/06 | Kansas City, KS | Kansas Speedway | Yellow Transportation 300 |
| 10/01/06 | Kansas City, KS | Kansas Speedway | Banquet 400 |
| 10/07/06 | Talladega, AL | Talladega Superspeedway | TBD |
| 10/08/06 | Talladega, AL | Talladega Superspeedway | UAW-Ford 500 |
| 10/13/06 | Concord, NC | Lowe's Motor Speedway | Dollar General 300 |
| 10/14/06 | Concord, NC | Lowe's Motor Speedway | Bank of America 500 |
| 10/21/06 | Martinsville, VA | Martinsville Speedway | Kroger 200 |
| 10/22/06 | Martinsville, VA | Martinsville Speedway | Subway 500 |
| 10/28/06 | Hampton, GA | Atlanta Motor Speedway | EasyCare Vehicle Service Contracts 200 |
| 10/29/06 | Hampton, GA | Atlanta Motor Speedway | Bass Pro Shops MBNA 500 |
| 11/03/06 | Forth Worth, TX | Texas Motor Speedway | Silverado 350 |
| 11/04/06 | Forth Worth, TX | Texas Motor Speedway | O'Reilly Challenge |
| 11/05/06 | Forth Worth, TX | Texas Motor Speedway | Dickies 500 |

| DATE | CITY | VENUE | EVENT NAME |
|---|---|---|---|
| 11/10/06 | Avondale, AZ | Phoenix International Raceway | Phoenix 150 |
| 11/11/06 | Avondale, AZ | Phoenix International Raceway | Arizona.Travel 200 |
| 11/12/06 | Avondale, AZ | Phoenix International Raceway | Checker Auto Parts 500 |
| 11/17/06 | Homestead, FL | Homestead-Miami Speedway | Ford 200 |
| 11/18/06 | Homestead, FL | Homestead-Miami Speedway | Ford 300 |
| 11/19/06 | Homestead, FL | Homestead-Miami Speedway | Ford 400 |

**EXHIBIT 4**

**NOTICE**

Your Property Has Been Seized By Court Order.

The United States District Court for the Western District of North Carolina has ordered the seizure of goods bearing counterfeit marks which violate the rights of Motorsports Authentics, LLC, National Association For Stock Car Auto Racing, Inc., Speedway Motorsports, Inc., Speedway Properties Company, LLC, International Speedway Corporation, RCR Enterprises, LLC, Roush Corporation, Joe Gibbs Racing, Inc., Hendrick Motorsports, Inc., Jeff Gordon, Inc., Rusty Wallace, Inc., Penske Racing South, Inc., Penske Racing LLC, Dale Earnhardt, Inc., Evernham Motorsports, L.L.C., Robert Yates Racing, Inc., MB2 Motorsports, LLC, and/or Oakley, Inc.

Plaintiffs in this action will seek an order of destruction of these counterfeit marked items.

You are a Defendant in this Lawsuit.

You can contest this Lawsuit by:

1.    identifying yourself. You will be issued a receipt specifying the number and kind of items seized;

2.    at the time and place specified in the attached order, appearing in Court and making any claim you wish; and

3.    obtaining a complete set of pleadings, motions and supporting papers in this lawsuit at no charge from Rodrick J. Enns, Esq., Enns & Archer LLP, 939 Burke Street, Winston-Salem, NC 27101

In addition to attending the hearing, you must file and serve an answer to the Complaint within twenty (20) days. YOU SHOULD CONSULT AN ATTORNEY.

FAILURE TO CONTEST THIS ACTION WILL RESULT IN FORFEITURE OF THE PROPERTY SEIZED AND COULD RESULT IN THE ENTRY OF A DEFAULT JUDGMENT PERMANENTLY ENJOINING YOU FROM SELLING MERCHANDISE THAT VIOLATES THE RIGHTS OF MOTORSPORTS AUTHENTICS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., SPEEDWAY MOTORSPORTS, INC., SPEEDWAY PROPERTIES COMPANY, LLC, INTERNATIONAL SPEEDWAY CORPORATION, RCR ENTERPRISES, LLC, ROUSH CORPORATION, JOE GIBBS RACING, INC., HENDRICK MOTORSPORTS, INC., JEFF GORDON, INC., RUSTY WALLACE, INC., PENSKE RACING SOUTH, INC., PENSKE RACING LLC, DALE EARNHARDT, INC., EVERNHAM MOTORSPORTS, L.L.C., ROBERT YATES RACING, INC., MB2 MOTORSPORTS, LLC AND/OR OAKLEY, INC.