## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06CV138-MU

| | | |
|---|---|---|
| MOTORSPORTS AUTHENTICS, LLC et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| VARIOUS JOHN AND JANE DOES and | ) | |
| VARIOUS XYZ CORPORATIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Plaintiffs' Motion to Seal. As a preliminary injunction in this case has already issued, there remains no reason for this case to be sealed. Therefore, the motion is **DENIED** and any sealed documents in this case are hereby unsealed.

**IT IS SO ORDERED.**

Signed: May 8, 2006

Graham C. Mullen
United States District Judge