UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MOTORSPORTS AUTHENTICS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., SPEEDWAY MOTORSPORTS, INC., SPEEDWAY PROPERTIES COMPANY, LLC, INTERNATIONAL SPEEDWAY CORPORATION, RCR ENTERPRISES, LLC, ROUSH CORPORATION, JOE GIBBS RACING, INC., HENDRICK MOTORSPORTS, INC., JEFF GORDON, INC., RUSTY WALLACE, INC., PENSKE RACING SOUTH, INC., PENSKE RACING LLC, DALE EARNHARDT, INC., EVERNHAM MOTORSPORTS, L.L.C., ROBERT YATES RACING, INC., MB2 MOTORSPORTS, LLC, and OAKLEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS COTTNE, et al., <br><br> Defendants. | Civil Action No. 3:06CV138-MU |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter arises on Plaintiffs' Motion For Voluntary Dismissal Without Prejudice. The Court having considered the Plaintiffs' Motion and the pleadings and papers of record, and it appearing that no Defendant has answered, moved or otherwise appeared in this action, it is therefore ORDERED pursuant to Rule 41(a)(2), F.R.Civ.P., as follows:

1. This action is dismissed without prejudice.

2. Any items seized by Plaintiffs pursuant to orders issued by the Court in this action may be disposed of by Plaintiffs or may be retained by Plaintiffs for evidentiary or archival purposes, at the option of Plaintiffs.

3. The Injunction Bond originally posted by Plaintiffs on March 24, 2006, is hereby canceled.

SO ORDERED.

Signed: January 8, 2007

Graham C. Mullen
United States District Judge